167 So.2d 672

### Nelson JOHNSON

v.

### The TRAVELERS INSURANCE COMPANY.

#### No. 47438.

Oct. 7, 1964.

In re: Nelson Johnson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary. 165 So.2d 532.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.